IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 DEC 14 PM 4: 40

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NANCY J. BASLER, <br><br> Defendant. | 8:10CR441 <br><br> INDICTMENT <br><br> 18 U.S.C. § 641 <br> 18 U.S.C. § 1001 |

The Grand Jury charges:

## COUNT I

Beginning in 1990 and continuing until on or about the 2nd day of September, 2010, in the District of Nebraska, NANCY J. BASLER, embezzled, stole, purloined, and knowingly converted to her use and the use of another, and received, concealed, and retained with intent to convert to her use and gain, knowing it to have been embezzled, stolen, purloined and converted, $196,603.90, more or less, of the United States and of any department or agency thereof.

In violation of Title 18, United States Code, § 641.

## COUNT II

On or about the 11th Day of August, 2010, NANCY J. BASLER, the defendant herein, did, in the District of Nebraska, in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and wilfully falsify, conceal, and cover up, by any trick, scheme, and device, a material fact, and did make any materially false, fictitious, and fraudulent statement and representation, by representing to the United States Social Security Administration that her mother was still alive, when in fact her mother had died in 1990.

In violation of Title 18, United States Code, Section 1001.

A TRUE BILL

FOREPERSON

DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MICHAEL D. WELLMAN
Assistant U.S. Attorney